IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-01833-PAB

DAVID K. RICE, Jr.,

    Plaintiff,

v.

INTERNAL REVENUE SERVICE,

    Defendant.

---

**ORDER**

---

    This matter is before the Court on a review of the docket.  Plaintiff's Complaint [Docket No. 1] includes plaintiff's social security number.  As such, the filing appears to violate Fed. R. Civ. P. 5.2(a).

    Therefore, it is

    **ORDERED** that the Complaint [Docket No. 1] shall be restricted at Level One.  It is further

    **ORDERED** that, on or before **5:00 p.m.** on **Wednesday**, **July 24**, **2013**, plaintiff shall indicate whether he waives the protections of Rule 5.2(a) and, if not, plaintiff shall re-file without restrictions a redacted copy of Docket No. 1 that complies with Federal Rule of Civil Procedure 5.2(a).

DATED July 18, 2013.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge