**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01833-PAB

DAVID K. RICE, Jr.,

    Plaintiff,

v.

INTERNAL REVENUE SERVICE,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 10] of Judge Philip A. Brimmer entered on August 26, 2013 it is

**ORDERED** that this case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for plaintiffs' failure to prosecute and to obey orders of the Court.

Dated at Denver, Colorado this 27th day of August, 2013.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/Edward P. Butler

    Edward P. Butler
    Deputy Clerk